**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Thomas WASHINGTON,
Defendant/Appellant.**

**No. ED 96017.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 8, 2011.

Shaun J. Mackelprang, Mary H. Moore, Jefferson City, MO, for Plaintiff/Respondent.

Timothy J. Forneris, St. Louis, MO, for Defendant/Appellant.

Before ROBERT G. DOWD, JR., P.J., MARY K. HOFF, J., and SHERRI B. SULLIVAN, J.

*ORDER*

PER CURIAM.

Thomas Washington (Appellant) appeals from the trial court's judgment entered after a bench trial finding him guilty of first-degree attempted sodomy. We have reviewed the briefs of the parties and the record on appeal and conclude that there was sufficient evidence to find Appellant guilty of first-degree attempted sodomy beyond a reasonable doubt. *State v. Johnson*, 244 S.W.3d 144, 152 (Mo.banc 2008). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to

Missouri Rule of Criminal Procedure 30.25(b).